1014

Carl SEAY v. UNITED STATES of
America.

No. 5511.

Circuit Court of Appeals, Sixth Circuit.

January 6, 1930.

O. W. Reeves, of Chattanooga, Tenn., for appellant.

Everett Greer, U. S. Atty., of Knoxville, Tenn.

PER CURIAM.

Dismissed for failure to comply with Rule 18, requiring deposit to cover printing.

George SHOULHOUP, Appellant, v. UNITED
STATES of America, Appellee.

No. 3054.

Circuit Court of Appeals, Fourth Circuit.

July 9, 1930.

Jo. N. Kenna, of Charleston, W. Va., for appellant.

James Damron, U. S. Atty., of Huntington, W. Va.

Before PARKER and NORTHCOTT, Circuit Judges, and GRONER, District Judge.

PER CURIAM.

We have carefully examined the record in this case in the light of appellant's brief, and we think that the exceptions relied on are so devoid of merit as not to justify discussion. The record contains ample evidence of defendant's guilt, it shows no reversible error in the admission or exclusion of testimony, and it contains nothing to indicate that the defendant did not receive in all respects a fair and impartial trial. While the sentence imposed was severe, it did not exceed the limit prescribed by law.

Affirmed.

C. C. SKINNER v. T. B. WHITE, Warden, etc.

No. 273.

Circuit Court of Appeals, Tenth Circuit.

April 5, 1930.

N. E. Synder, of Kansas City, Kan., for appellant.

S. M. Brewster, U. S. Atty., of Topeka, Kan., for appellee.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed April 5, 1930, as being without merit.

Edmond SMITH, Appellant, v. UNITED
STATES of America, Appellee.

No. 6157.

Circuit Court of Appeals, Ninth Circuit.

June 3, 1930.

Before RUDKIN, DIETRICH, and WILBUR, Circuit Judges.

PER CURIAM.

Ordered appeal dismissed for failure of appellant to file record and docket cause.

Michal or Michael SOLOWCZUK or Michael
Solowchick v. John L. ZURBRICK, District
Director of Immigration.

No. 5422.

Circuit Court of Appeals, Sixth Circuit.

December 10, 1929.

Charles R. Thompson, of Detroit, Mich., for appellant.

John R. Watkins, U. S. Atty., of Detroit, Mich., for appellee.

PER CURIAM.

Dismissed pursuant to stipulation of counsel.